### Holt v. The State.

The evidence warranted the verdict, and there was no error in denying a new trial.        *Judgment affirmed.*

May 16, 1892.

Criminal law. Murder. Before Judge GAMBLE. Tattnall superior court. October term, 1891.

The defendant was convicted of murder and sentenced to death. He moved for a new trial on the general grounds; the motion was overruled, and he excepted. The record discloses evidence tending to prove that he handled the pistol, with which the killing was done, very recklessly, pointing and snapping it at several persons, and then deliberately pointed it at the deceased and fired with no provocation whatever. The defence claimed that the shooting was accidental.

C. H. MANN and E. T. DAVIS, by brief, for plaintiff in error.

B. D. EVANS, Jr., solicitor-general, by HINES, SHU-BRICK & FELDER, *contra*.

---

May 16, 1892.        *Judgment affirmed.*